**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donyell Jackson, | 2:23-cv-00994-RFB-MDC |
|         Plaintiff(s), | |
| vs. | Order |
| Finley, *et al*., | |
|         Defendant(s). | |

On May 1, 2024, this Court ordered the Nevada Attorneys General to notify the Court within twenty-one days:

> advising the Court and the of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

See ECF No. 11 at 2: 14-21. The Attorneys General <u>have not complied</u> with the Court's Order and the time to do so has passed.

IT IS ORDERED that by Monday, June 3, 2024, the Nevada Attorneys General shall fully comply with this Court's Order. Failure to comply may result in sanctions.

Dated this 23rd day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge